# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES WOODS, individually and as representatives of the class,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No: 1:18-cv-00929-MHC<br>The Honorable Mark H. Cohen |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff James Woods and Defendant Uber Technologies, Inc. in the above-captioned matter respectfully request the Court extend the time for Uber to file an Answer or otherwise respond to Plaintiff's Complaint. The Parties submit that there is good cause to extend the deadline to Answer or otherwise respond to Plaintiff's Complaint. Plaintiff's Complaint raises complex issues of fact and law, asserting six (6) causes of action and contains class action allegations. *See* Complaint (Doc. 1) at *passim*. Allowing Uber additional time to gather information and evaluate the case will serve the interests of this litigation and will not prejudice any party. The Parties have agreed to an extension of time for Uber to file an

Answer to Monday, April 30, 2018. In filing this Motion, no defense or objection is waived by Uber, and all of Uber's rights are reserved.

A proposed Order extending the time in which Uber may file its Answer or otherwise respond to the Complaint is attached hereto as **Exhibit A**.

Consented to and submitted this 22nd day of March, 2018.

| | |
|---|---|
| */s/ Archie Irwin Grubb, II* | */s/ T. Joshua R. Archer* |
| *with express permission by T. Joshua R. Archer* | T. Joshua R. Archer |
| Archie Irwin Grubb, II | Georgia Bar No. 021208 |
| **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** | **BALCH & BINGHAM, LLP** |
| P.O. Box 4160 | 30 Ivan Allen Jr. Blvd. N.W., Suite 700 |
| 218 Commerce Street | Atlanta, Georgia 30308 |
| Montgomery, Alabama 36103 | Telephone: (404) 261-6020 |
| Telephone: (334) 269-2343 | Facsimile: (404) 261-3656 |
| Facsimile: (334) 954-7555 | jarcher@balch.com |
| archie.grubb@beasleyallen.com | |
| | Cavender C. Kimble |
| *Attorney for Plaintiff* | Georgia Bar No. 418816 |
| | **BALCH & BINGHAM, LLP** |
| | 1901 Sixth Avenue North, Suite 1500 |
| | Birmingham, Alabama 32501-0306 |
| | Telephone: (205) 226-3437 |
| | Facsimile: (205) 488-5860 |
| | ckimble@balch.com |

E. Desmond Hogan (*pro hac vice application to be submitted*)
Michelle Kisloff (*pro hac vice application to be submitted*)
Allison Holt (*pro hac vice application to be submitted*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
desmond.hogan@hoganlovells.com
michelle.kisloff@hoganlovells.com
allison.holt@hoganlovells.com

Vassi Ilidais (*pro hac vice application to be submitted*)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsmilie: (310) 785-4601
vassi.ilidis@hoganlovells.com

*Attorneys for Defendant Uber Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing has been served upon the following via the Court's CM/ECF system and U.S. Mail, properly addressed and postage prepaid, on this the 22nd day of March, 2018:

Archie Irwin Grubb, II, Esq.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, Alabama 36103

                                      */s/ T. Joshua R. Archer*
                                      T. Joshua R. Archer
                                      Georgia Bar No. 021208