# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMES WOODS, individually and as representatives of the class,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No: 1:18-cv-00929-MHC<br>The Honorable Mark H. Cohen |

## ORDER GRANTING CONSENT FOR EXTENSION OF TIME

Plaintiff James Woods and Defendant Uber Technologies, Inc. ("Uber") move the Court for an extension of time for Uber to answer or otherwise respond to Plaintiff's Complaint.

Having considered the Parties' joint motion, and for good and sufficient cause shown, IT IS HEREBY ORDERED the deadline for Uber to answer or otherwise respond to Plaintiff's Complaint is extended up to and including Monday, April 30, 2018.

SO ORDERED this _____ day of _____, 2018.

_____
Mark H. Cohen
United States District Court Judge
Northern District of Georgia, Atlanta Division

Prepared and presented by:

*/s/ Archie Irwin Grubb, II*
*with express permission by T. Joshua R. Archer*
Archie Irwin Grubb, II
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
archie.grubb@beasleyallen.com

*Attorney for Plaintiff*

*/s/ T. Joshua R. Archer*
T. Joshua R. Archer
Georgia Bar No. 021208
**BALCH & BINGHAM, LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
jarcher@balch.com

Cavender C. Kimble
Georgia Bar No. 418816
**BALCH & BINGHAM, LLP**
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 32501-0306
Telephone: (205) 226-3437
Facsimile: (205) 488-5860
ckimble@balch.com

E. Desmond Hogan (*pro hac vice application to be submitted*)
Michelle Kisloff (*pro hac vice application to be submitted*)
Allison Holt (*pro hac vice application to be submitted*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
desmond.hogan@hoganlovells.com
michelle.kisloff@hoganlovells.com
allison.holt@hoganlovells.com

Vassi Ilidais (*pro hac vice application to be submitted*)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsmilie: (310) 785-4601
vassi.ilidis@hoganlovells.com

*Attorneys for Defendant Uber Technologies, Inc.*