

Archie I. Grubb, II
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel.: (334) 269-2343
E-mail: archie.grubb@beasleyallen.com

Counsel for Plaintiff JAMES WOODS,
individually and as representatives of the class,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., DATA SECURITY BREACH LITIGATION | MDL No. 2:18-ml-02826-PSG-GJS |
| | Case No. 2:18-cv-03170-PSG-GJS |
| JAMES WOODS, individually and as representatives of the class, | The Honorable Philip S. Gutierrez |
| Plaintiff, | **STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | ORDER |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff James Woods and Defendant Uber Technologies, Inc., through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party waiving his or its rights of appeal and agreeing to bear his or its own attorney's fees and costs.

Respectfully submitted this 8th day of February, 2019.



E-FILED

FEB 1 3 2019

Document #

JS-6

STIUPLATION FOR FINAL ORDER AND DISMISSAL WITH PREJUDICE

| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. | HOGANS LOVELLS US LLP |
|---|---|
| */s/ Archie I. Grubb, II*<br>Archie I. Grubb, II (GA Bar No. 314384)<br>Archie.grubb@beasleyallen.com<br>218 Commerce Street<br>Montgomery, AL 36104<br>Phone: (334) 269-2343<br>Facsimile: (334) 954-7555<br><br>*Attorneys for Plaintiff James Woods*<br><br>IT IS SO ORDERED.<br>DATED: 2/13/19<br>_____<br>UNITED STATES DISTRICT JUDGE | */s/ Vassi Iliadis*<br>Michael M. Maddigan (SBN 163450)<br>Vassi Iliadis (SBN 296382)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 785-4600<br>Fax: (310) 785-4601<br>michael.maddigan@hoganlovells.com<br>vassi.iliadis@hoganlovells.com<br><br>E. Desmond Hogan (admitted *pro hac vice*)<br>Michelle Kisloff (admitted *pro hac vice*)<br>Allison Holt (admitted *pro hac vice*)<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>desmond.hogan@hoganlovells.com<br>michelle.kisloff@hoganlovells.com<br>allison.holt@hoganlovells.com<br><br>*Attorneys for Uber Technologies, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

*/s/Archie I. Grubb, II*
Archie I. Grubb, II

2